UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KIMBERLY KELLY,

    Plaintiff,

v.

DURGA, LLC,
    Defendant

Case No. 1:14cv97
Litkovitz, M.J. - **Consent Case**

## ORDER

The Court, having been advised that after settlement negotiations that the parties have reached a settlement in the above-styled case.

It is ORDERED that this action is hereby DISMISSED with prejudice. It is provided that any of the parties may, upon good cause shown within sixty (60) days from the date of this Order reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date 2/17/15

Karen L. Litkovitz
United States Magistrate Judge